THE HONORABLE THOMAS O. RICE

Suzanne Kelly Michael, WSBA #14072
Matthew J. Macario WSBA #26522
Dean L Petitta, WSBA #58295
Jeremy F. Wood WSBA #51803
FISHER PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-682-2308
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| BARRETT BUSINESS SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES COLMENERO and JANE DOE COLMENERO and the marital community comprised thereof; and SANTIAGO ALEJO and JANE DOE ALEJO, and the marital community comprised thereof, and Repsel Associates, Inc., d/b/a Personna Employer Services, <br><br> Defendants. | NO. 1:22-cv-03122-TOR <br><br> FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF <br><br> **JURY DEMAND** |

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

Comes now Barrett Business Services, Inc., (Plaintiff) by and through its attorneys of record, and hereby answers and responds to Defendants Charles Colmenero, Santiago Alejo, and Repsel Associates, Inc.'s (hereafter "Defendants") Answer to Plaintiff's Amended Complaint and Affirmative Defenses and Counterclaims Against Plaintiff (ECF No 38) (hereafter "Defendants' Answer" or "Answer") as follows (paragraph numbering corresponds to the numbering in Defendants' Answer):

## III. COUNTERCLAIMS

1. The allegations in Paragraph III:1 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff admits the allegations therein.

2. The allegations in Paragraph III:2 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff admits the allegations therein.

3. Plaintiff lacks knowledge to form a belief as to the allegations in Paragraph III:3 of the Answer and denies them on that basis.

4. Plaintiff lacks knowledge to form a belief as to the allegations in Paragraph III:4 of the Answer and denies them on that basis.

5. Plaintiff admits the allegations in Paragraph III:5.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

6. Plaintiff admits the allegations in Paragraph III:6.

7. Plaintiff admits the allegations in Paragraph III:7.

8. Plaintiff denies the allegations in Paragraph III:8.

9. Plaintiff admits the allegations in Paragraph III:9.

10. Plaintiff denies the allegations in Paragraph III:10.

11. Plaintiff admits that it understood at the time of Defendant Colmenero's hire, that he had decades of senior leadership and management experience, and hired him based on the same. Plaintiff denies the remaining allegations in Paragraph III:11 of the Answer.

12. Plaintiff admits Defendant Alejo was hired to work at BBSI in July 2015. Plaintiff denies that Defendant Alejo did not receive formal onboarding or training at hire. Plaintiff denies that Defendant Alejo was not presented with any documentation to sign. Plaintiff lacks knowledge to form a belief as to the remaining allegations in Paragraph III:12 of the Answer and denies them on that basis.

13. Plaintiff lacks knowledge to form a belief as to the allegations in Paragraph III:13 of the Answer and denies them on that basis.

14. Plaintiff denies the allegations in Paragraph III:14.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

15. Plaintiff admits that Defendants Colmenero and Alejo each resigned from BBSI in 2022. Plaintiff denies the remaining allegations in Paragraph III:15 of the Answer.

16. Plaintiff admits that BBSI's Yakima branch's run rate was approximately $37 million in 2021. Plaintiff admits the Yakima branch grew from mid-2017 to 2021. Plaintiff denies the remaining allegations in Paragraph III:16 of the Answer.

17. Plaintiff denies the allegations in Paragraph III:17.

18. Plaintiff admits that it filed the instant lawsuit. Plaintiff denies the remaining allegations in Paragraph III:18 of the Answer.

19. Plaintiff denies the allegations in Paragraph III:19 of the Answer.

20. Plaintiff admits the allegations in Paragraph III:20 the Answer but denies any implication that its claims or allegations lack factual support.

21. Plaintiff denies the allegations in Paragraph III:21 of the Answer.

22. Plaintiff admits that its counsel received a letter on December 6, 2022 from Defendants' counsel and that that letter demanded that BBSI withdraw certain allegations. Plaintiff denies the remaining allegations in Paragraph III:22 of the Answer.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 4

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

23. Plaintiff admits the allegations in Paragraph III:23 of the Answer, but denies any implication that a 2% "markup" reflects the entirety of Plaintiff's damages.

24. Plaintiff denies the allegations in Paragraph III:24 of the Answer.

25. Plaintiff denies the allegations in Paragraph III:25 of the Answer.

26. The allegations in Paragraph III:26 that purport to characterize Plaintiff's claims are best addressed by the substance of Plaintiff's Complaint, which speaks for itself and is the best evidence of its contents. Plaintiff denies the remaining allegations in Paragraph III:26 of the Answer.

27. The allegations in Paragraph III:27 of Defendants' Answer characterize the relief Defendants seek and thus no response is required. To the extent a response is required, Plaintiff admits that Defendants Colmenero and Alejo seek declaratory relief.

## IV. FIRST COUNTERCLAIM
## DECLARATORY RELIEF, 28 U.S.C. § 2201(A)

1. The allegations in Paragraph IV:1 of Defendants' Answer characterize the relief Defendants seek and thus no response is required. To the extent a response is required, Plaintiff admits that Defendants Colmenero and Alejo seek declaratory relief.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 5

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

2. The allegations in Paragraph IV:2 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff admits the allegations therein.

3. Plaintiff admits that it filed this lawsuit but denies the other allegations contained in Paragraph IV:3 of the Answer.

4. The allegations in Paragraph IV:4 of Defendants' Answer characterize the relief Defendants seek and thus no response is required. To the extent a response is require, Plaintiff admits that Defendants Colmenero and Alejo seek the stated relief.

5. The allegations in Paragraph IV:5 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

6. The allegations in Paragraph IV:6 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

## V. SECOND COUNTERCLAIM
## VIOLATION OF WASHINGTON NONCOMPETE LAW, RCW 49.62

1. Plaintiff realleges its responses to the preceding paragraphs.

2. The allegations in Paragraph V:2 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 6

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

required, Plaintiff admits that Defendants Colmenero and Alejo are subject to restrictive covenants, including prohibitions on soliciting clients. Plaintiff denies the other allegations contained in this Paragraph V:2 of the Answer.

3. Plaintiff admits that it filed this lawsuit and claimed that Defendants Colmenero and Alejo breached their agreements with Plaintiff but denies the other allegations contained in Paragraph V:3 of the Answer.

4. The allegations in Paragraph V:4 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations contained therein.

5. The allegations in Paragraph V:5 of Defendants' Answer characterize Defendants Colmenero and Alejo's legal position and thus no response is required. To the extent a response is required, Plaintiff admits that Defendants Colmenero and Alejo dispute Plaintiff's claims.

6. The allegations in Paragraph V:6 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

## VI. THIRD COUNTERCLAIM
## VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

1. Plaintiff realleges its responses to the preceding paragraphs.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 7

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

2. The allegations in Paragraph VI:2 of the Answer purport to describe the contents of RCW 19.86 et seq., which speaks for itself and is the best evidence of its contents.

3. Plaintiff admits that it filed this lawsuit but denies the other allegations contained in Paragraph VI:3 of the Answer.

4. The allegations in Paragraph VI:4 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

5. The allegations in Paragraph VI:5 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

6. The allegations in Paragraph VI:6 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

7. The allegations in Paragraph VI:7 of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

//

//

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 8

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

## VII. DEFENDANTS' PRAYER FOR RELIEF

Answering, Plaintiff denies that the Defendants are entitled to any relief, damages, or remedy, including, but not limited to, those requested in Defendants' Answer to Plaintiff's Amended Complaint and Affirmative Defenses and Counterclaims Against Plaintiff.

## VIII. JURY DEMAND

The allegations in Section VIII of Defendants' Answer state legal conclusions to which no response is required. To the extent a response is required, Plaintiff denies the allegations therein.

## IX. PLAINTIFF'S DEFENSES AND AFFIRMATIVE DEFENSES

By way of further answer and defense, Plaintiff asserts the following affirmative defenses:

1.  Those defenses enumerated in Rule 12(b), which are at the option of the pleader, are being asserted herein rather than by motion pending further discovery.

2.  Defendants failed to state a claim for which relief may be granted.

3.  Defendants alleged damages were caused by, or are attributable to, Defendants' own acts or omissions, or the acts or omissions of persons or entities other than Plaintiff.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 9

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

4. Defendants failed to mitigate their damages, if any.

5. Defendants' claims may be barred in whole or in part on equitable grounds, including by estoppel, release, unclean hands, unjust enrichment, offset, or accord and satisfaction.

6. Plaintiff's actions or inactions were undertaken in good faith and with reasonable grounds for believing their actions or inactions did not violate the law.

7. Plaintiff's conduct was reasonable, justifiable, and excusable.

8. Plaintiff's conduct was reasonable in relation to the development and preservation of business and/or was not injurious to the public interest.

9. Plaintiff's conduct is unlikely to recur.

10. Plaintiff's actions were taken in protection of trade secrets.

11. Defendants' claims are barred by RCW 49.62.080(4).

12. Plaintiff's conduct was not unfair or deceptive per se.

13. Defendant Repsel lacks standing to bring claims under RCW 49.62 against Plaintiff.

14. Defendants cannot show any actual damages proximately caused by Plaintiff's conduct.

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 10

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

15.  Defendants Colmenero and Alejo's damages are caused by their own breach of the duty of loyalty owed to Plaintiff.

16.  Defendants damages are proximately caused by conflicts of interest created by them.

17.  Plaintiff reserves the right to assert any additional defenses or affirmative defenses that may apply pending further discovery, and nothing contained in this Answer should be construed as a waiver of any such additional defenses

## X. RESERVATION OF RIGHTS

Plaintiff reserves the right to add additional defenses and make further claims as may be warranted by discovery.

## XI. PLAINTIFF'S PRAYER FOR RELEIF

Having fully answered the counterclaims contained in Defendants' Answer and having asserted its defenses thereto, Plaintiff respectfully requests the following relief:

1.  That Defendants' counterclaims and causes of action against Plaintiff be dismissed with prejudice and without costs;

2.  That Plaintiff be awarded all statutory fees and costs to which it is entitled;

3.  For any damages or fees to which Plaintiff is entitled in law or equity;

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 11

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

4. For any relief already described, requested, or sought in Plaintiff's Complaint or any amendment thereto; and

5. For such other and further relief as the Court deems just and proper.

DATED this 28th day of March 2023.

          FISHER & PHILLIPS, LLP

          *By: s/Suzanne K. Michael*
          Suzanne Kelly Michael, WSBA #14072
          Matthew J. Macario, WSBA #26522
          Dean L Petitta, WSBA #58295
          Jeremy F. Wood, WSBA #51803
          smichael@fisherphillips.com
          mmacario@fisherphillips.com
          dpetitta@fisherphillips.com
          jwood@fisherphillips.com
          1700 7th Avenue, Suite 2200
          Seattle, WA 98101
          Telephone: (206) 682-2308
          *Attorneys for Plaintiff*

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 12

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

>Brendan V. Monahan, WSBA #22315
>Lance Pelletier, WSBA #49030
>Justo G. González, WSBA #39127
>Stokes Lawrence Velikanje Moore & Shore
>120 N. Naches Avenue
>Yakima, WA 98901-2757
>Phone: 509-853-3000
>Facsimile: 509-895-0060
>Email: Brendan.Monahan@stokeslaw.com
>Email: lance.pelletier@stokeslaw.com
>Email: Justo.Gonzalez@stokeslaw.com
>
>*Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2023, in accordance with 28 USC 1746.

>*s/Jazmine Matautia*
>Jazmine Matautia, Legal Secretary

FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF (1:22-cv-03122-TOR) - Page 13

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46680674.1