AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 25, 2024

SEAN F. McAVOY, CLERK

BARRETT BUSINESS SERVICES, INC.,

*Plaintiff/Counter-Defendant*
v.

CHARLES COLMENERO and DENELL HOPKINS and the
marital community comprised thereof; SANTIAGO ALEJO and
FATIMA ALEJO, and the marital community comprised thereof,
and REPSEL ASSOCIATES, INC., D/B/A PERSONNA
EMPLOYER SERVICES,

*Defendants/Counter-Claimants*

)
)
)
)
)

Civil Action No.   1:22-CV-3122-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's state law claim for breach of the duty of loyalty is DISMISSED without prejudice.

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Thomas O. Rice

Date:   1/25/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams